# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKY LYNN FORE, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-14-506-M |
| JOHN B. FOX, | ) ) ) |
| Respondent. | ) ) |

## ORDER

On June 20, 2014, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that petitioner's motion for leave to proceed *in forma pauperis* be denied, that petitioner be ordered to prepay the full $5.00 filing fee for this action to proceed, and that this action be dismissed without prejudice to refiling unless petitioner pays the $5.00 filing fee in full to the Clerk of the Court within twenty (20) days of any order adopting the Report and Recommendation. Petitioner was advised of his right to object to the Report and Recommendation by July 7, 2014. Petitioner filed no objection, and on July 21, 2014, petitioner paid the $5.00 filing fee.

Upon de novo review, the Court:

(1) ADOPTS the Magistrate Judge's Report and Recommendation [docket no. 11] issued on June 20, 2014;
(2) DENIES petitioner's motions for leave to proceed *in forma pauperis* [docket nos. 2 and 10]; and
(3) RECOMMITS this matter to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 24th day of July, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE