IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKY LYNN FORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-14-506-M |
| ) | |
| JOHN B. FOX, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On March 31, 2015, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that this action be dismissed without prejudice for failure to exhaust administrative remedies. Petitioner was advised of his right to object to the Report and Recommendation by April 17, 2015. On April 15, 2015, petitioner filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 20] issued by the Magistrate Judge on March 31, 2015;

(2) GRANTS respondent's Motion to Dismiss [docket no. 16]; and

(3) DISMISSES this action without prejudice for failure to exhaust administrative remedies.

**IT IS SO ORDERED this 23rd day of April, 2015.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE